IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

2009 SEP -8  A 9: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Darryl Kinney )
Jada Kinney ) CASE # 1:09CV806
v. )
U.S. Dept. of Justice ) JUDGE: Claude Hilton
& )
I.R.S )
& STATE OF ILLINOIS )
)

## MEMORANDUM TO THE COURT

It has become apparent that this case seems to be taking an illegal track like every other case I have filed in Federal Courts from Wisconsin to Illinois and now here all illegal activity including the service of suits to having duplicate case numbers. I ask for an Attorney because of these illegal acts and if the Courts don't see a reason to grant this then I am heading towards more illegal activity. And for a Judge who requires all Motions to be heard and I never be allowed in Court, seems auspicious As Judges and anyone else who chooses to be sworn in to abide by Justice it is also a responsibility to enforce actions that seem to be tainted as this and all cases before this should have been. For a cease and Desist to be waited on while someone is kept from working is another clear sign of a tainted proceeding.

respectfully submitted,

Plaintiff Pro Se

_____
Darryl Kinney
4728 Kenmore
302
Alexandria, VA 22304
262-344-0185

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Darryl Kinney | ) | |
| Jada Kinney | ) | CASE # 1:09CV806 |
| v. | ) | |
| U.S. Dept. of Justice | ) | JUDGE: . Claude Hilton |
| & | ) | |
| I.R.S | ) | |
| & STATE OF ILLINOIS | ) | |
| | ) | |

### NOTICE OF FILING

This Memo will be filed on Tuesday September 8,2009.
In the Clerks office for the Eastern District of Virginia.

### CERTIFICATE OF SERVICE

This Memo has be served by U.S.P.S. or personnally
delived to the Defendants,on the date of filing or the day following.

Plaintiff Pro Se

Darryl Kinney
4728 Kenmore ave
302
Alexandria,VA 22304
262-344-0185